# EXHIBIT 1

(https://educationdata.org/cost-of-online-education-vs-traditional-education)

# Cost of Online Education vs. Traditional Education

By Melanie Hanson    |    Last Updated: August 18, 2021

Fact Checked    |    📕 Cite this Webpage

**Report Highlights.** For public 4 year colleges, when tuition and the cost of attendance are compared between an online degree and an in-person degree, the online degree is **$10,776** cheaper.

- Private institutions on average charge **$58,560** for an online degree vs $148,800 for an in-person degree.

- Students who commute to college for in-person classes pay **$3,400** per year in transportation costs an online student wouldn't have to pay.

- Students who attend in-person classes pay **$1,380** dollars more for a campus meal plan than meals made at home.

- The cost of an online degree based on tuition from a public university is roughly **$37,920 vs $37,320** for the same degree, in-person.