# EXHIBIT 02

(https://www.nyu.edu/students/student-information-and-resources/bills-payments-and-refunds/tuition-and-fees/other-fees-and-charges.html)



About NYU    Admissions    Academics    University Life    Research    Search

# Other Fees and Charges

**A Guide to Tuition and Fees**

**Other Fees and Charges**

**Tuition Insurance**

## Additional Expenses

As a student, you'll likely be responsible for fees and charges beyond tuition.

Here's a list of some of the additional fees to be aware of:

- **Course– and School-Based Fee:** Some courses and schools charge additional fees that are assessed at the time of registration.
- **Deferred Payment Plan-Application Fee:** A $50 fee is applied to enrollment in the Deferred Payment Plan.
- **Deferred Payment Plan-Late Payment Fee:** A $25 fee is applied to those who are late in submitting payment on their deferred payment plan (per installment).

- **Finance Charge:** Unpaid student accounts will be charged a one percent interest fee each month until the balance is paid in full.
- **Housing:** Students living in New York University housing have a variety of options to choose from. Undergraduate and graduate students can access academic year rates through the Office of Residential Life and Housing Services.
- **International Student Fee:** New York University charges an International Student Fee of $90 every time an international student registers for a class during both the fall and spring semesters.
- **Late Registration Fee:** The University charges a fee to students who register for a class after the add/drop period for their program has ended. Check the academic calendar for dates associated with your specific program.
- **Maintaining Matriculation Fee:** Students who are maintaining their academic status, but are not enrolled in classes will be charged a fee per term.
- **Meal Plans:** All first-year, transfer, and visiting students living in residence halls must have a meal plan; however, all students are welcome to enroll.
- **NYU Book Store/Computer Store:** Students can defer full payment for their

- **NYU Book Store/Computer Store:** Students can defer full payment for their computer purchase, spreading it out in equal installments on their student bill.
- **Registration and Services Fee**: The registration and services fees furnish resources to fund a portion of the budgets for a variety of services, operations, and activities that serve students and enhance University life in support of our academic program.  These services may include, but are not limited to, the Registrar, Student Health Center, the Wellness Exchange / Counseling Service, the Wasserman Center, Information Technology, and Student Life.
- **Replacement ID Charge:** Students must pay a fee to replace ID cards with the Department of Campus Safety.
- **Student Health Insurance:** Most students automatically enroll in the NYU-sponsored Student Health Insurance Plan when they go through the course registration process. The online enrollment/waiver process must be completed each academic year in the fall.