# EXHIBIT 3

(https://web.archive.org/web/20200312202901/https://www.nyu.edu/about/leadership-university-administration/office-of-the-president/communications/a-message-to-nyu-students-from-president-andrew-hamilton.html)

# A Message to NYU Students from President Andrew Hamilton

Our NYU Newsletter

**Date:** March 10, 2020
**TO:**  NYU STUDENTS
**FROM**: President Andrew Hamilton

Dear NYU Students,

Today is the last day of in-person classes before spring break. We know that means that many of you will begin to depart campus and continue to participate in class from home for the remainder of this week and for the week of March 23 - 27.

Before that happens I wanted to follow up on yesterday's announcement and touch base with you.

This was not the spring semester we envisioned for you; I am sure it is not the one you foresaw for yourself. The vibrancy of the classroom experience and the energy of campus life are important parts of the college experience. We continue to hope that conditions will allow us to resume in-person classes after March 27, though developments make that increasingly doubtful.

Like other universities that have made similar decisions in recent days, NYU has never tried moving its entire curriculum to remotely-held classes. We are fortunate, after a fashion, to be able to avail ourselves of NYU Shanghai's experience, which has been positive. It's not the same as being in class together, but our colleagues in Shanghai tell us that the heart of the educational process—the exchange of ideas and discourse between class members—still succeeds in this format.

Please know that NYU's faculty are committed to making sure that your learning proceeds, that you receive the excellent NYU education that you joined us to get, and that those of you who are candidates for graduation will be able to complete your work and go on to your career or new studies. Know, too, that we appreciate your resilience.

Some final items.

First, if you are leaving for spring break, please be sure to take whatever you will need to carry on with your coursework: computers, books, notes, etc., as well as any valuables and items you may need if you were to be away from your room for an

**Coronavirus Information »**

**Additional Communications**

A Message to NYU Students from President Andrew Hamilton
March 2020

Important New Coronavirus-related Measures and Restrictions, and Possible Future Steps
March 2020

A Letter to Parents from NYU President Andrew Hamilton
March 2020

Taking the Measure of the COVID-19 Circumstance
March 2020

NYU Florence, and Other Coronavirus-related Developments
February 2020

extended period. We realize that not every student will have the same access to high-quality, high-speed internet; we have asked faculty to be sensitive to this reality and make the necessary accommodations.

Second, with the move to holding classes remotely, some of you may be concerned about the loss of income from your campus job. Please be aware that we have made provisions for the continuity of student pay.

Third, if you are planning to travel, think hard about your destination. We discourage any international travel, and you should avoid travel, if possible, to US regions known to be areas of community spread, such as California or Washington state.

Last, for the most up-to-date information, please bookmark and frequently turn to the University's coronavirus update page.

Your safety remains uppermost in my/our thoughts. Good luck with your classes; have a restful spring break.

Sincerely,
Andrew Hamilton

An Update on the Coronavirus and NYU's Response
January 2020

The Start of the Spring Semester 2020
January 2020

Update on Priorities #2: Affordability
December 2019

New York Presidents' Visa Immigration Letter
October 2019

A Welcome at the Start of Academic