# EXHIBIT 4

(https://web.archive.org/web/20200316183357/https://www.nyu.edu/about/news-publications/news/2020/march/Coronavirus_Statement_March_11_1.html)

**Mar 11, 2020**

Modified Mar 11, 2020

**Posted in**

Campus and Community

New York

"Coronavirus-related developments are the subject of daily high-level analysis, planning, and response at NYU, and the University continues to rely on the tenets that have guided it since word of the new illness first emerged -- a commitment to safeguard our community's health; a commitment to our core academic mission, including students' academic continuity; and a commitment to help check the spread of the virus.



"In recent days there have been some significant decisions and developments. These include:

- **Transitioning to Remotely-held Classes:** On March 9, NYU announced that it is moving to remotely-held classes across the University, including throughout its New York City campus, as of Wednesday, March 11.  Following spring break week -- March 16 through 20 -- all classes will continue to be conducted remotely through at least Friday, March 27