# EXHIBIT 5

(https://web.archive.org/web/20200331235917/https://www.nyu.edu/life/safety-health-wellness/coronavirus-information/information-for-students.html)

— **Will my tuition be refunded or discounted for the Spring semester?**

As classes continue to be conducted remotely, tuition will not be refunded.

— **Will Registration and Services Fees be refunded?**

As classes continue to be conducted remotely, University Registration and Services Fees will not be refunded.

— **Am I eligible for a refund if I withdraw from my Spring 2020 classes?**

Students withdrawing from classes after February 24, 2020 are not eligible for a tuition refund.