# EXHIBIT 6

(http://www.nyu.edu/about/news-publications/nyu-at-a-glance.html)



# NYU

About NYU | Admissions | Academics | University Life | Research

Search

### Enrollment (as of Fall 2019)

**Total:** 58,461
**Undergraduate:** 26,981
**Graduate and Professional:** 25,904
**Noncredit Programs:** 5,576

### Degrees Conferred (2018-2019)

**Total:** 17,247
**Associates:** 83
**Baccalaureate:** 6,154
**Master's:** 9,492
**Doctoral:** 468
**Professional:** 1,050

### Six-year Graduation Rate

**2018 (fall 2012 cohort):** 85%

# NYU

About NYU | Admissions | Academics | University Life | Research

Search

## Financial Information

**Undergraduate Tuition Fees (2019-2020)**
$53,308

**Endowment**
$4.1 billion

**Sponsored Research\***
$700 million (Fiscal 2016)

**NYU Financial Aid (2017)**
$630 million

**University Budget
(Fiscal 2017/Washington Square campus)**
$3.075 billion

*Total research expenditures include the Medical School, Tandon School of Engineering, and NYU Abu Dhabi.