IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

NELCY GARCIA DE LEÓN, individually and on behalf of all others similarly situated,

            Plaintiff,

v.

NEW YORK UNIVERSITY,

            Defendant.

Case No.: 1:21-cv-05005-CM

**NOTICE OF AND MOTION FOR RECONSIDERATION**

**MEMO ENDORSED**

PLEASE TAKE NOTICE that upon the accompanying memorandum of law, Plaintiff Nelcy Garcia De Leon moves this Court before the Honorable Colleen McMahon at the Daniel Patrick Moynihan U.S. Courthouse, 500 Pearl Street, New York, New York, pursuant to Local Rule 6.3 and Federal Rule of Civil Procedure 59(e), for reconsideration of the Decision and Order of June 22, 2022 (ECF No. 105) denying Plaintiff's Motion for Class Certification and dismissing Plaintiff's Class Action Complaint containing allegations for breach of contract, and unjust enrichment on the basis that there is a need to correct clear error of law or prevent manifest injustice.

This Motion is accompanied by a memoranda of law outlining the reasons therefore.

Dated: July 6, 2022

By: /s/ Blake G. Abbott
Blake G. Abbott
Roy T. Willey, IV
Eric M. Poulin
Paul Doolittle
ANASTOPOULO LAW FIRM, LLC
32 Ann Street
Charleston, SC 29403
(P): 843-614-8888
(E): blake@akimlawfirm.com
roy@akimlawfirm.com
eric@akimlawfirm.com

[Handwritten memo endorsement: 7/10/2022 — There is no need for a response. The motion is DENIED. There is nothing here to suggest that the court overlooked or misapprehended anything. Plaintiff intended, but failed in, her litigation of this (obviously) meritorious suit for injury and damages. I have read from the opinion. Collen McMahon USDJ]

paul@akimlawfirm.com

-AND-

Edward Toptani
**TOPTANI LAW, PLLC**
375 Pearl Street, suite 1410
New York, NY 10038
(P): 212-699-8930
(E): edward@toptanilaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 6, 2022, a true and correct copy of the foregoing Notice of and Motion for Reconsideration was served via the Court's electronic filing system to all counsel of record.

/s/ Blake G. Abbott